UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEDARWOOD CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | NO. 18-CV-367-RSM<br><br>STIPULATION TO EXTEND DEADLINES |

## I. STIPULATION

The parties, through their undersigned counsel of record, hereby request the Court to grant an extension of certain deadlines as entered in the Court's Order Setting Trial and Related Dates [Dkt. # 12] entered on April 27, 2018.

The parties are working diligently and cooperatively in an effort to explore all options of resolution of this matter short of trial. Along those lines, the parties have scheduled a mediation to occur on or around November 13, 2018. Granting the parties' stipulated and joint request to the Court for a continuance of certain deadlines will allow the parties to fully exhaust

STIPULATION TO EXTEND DEADLINES - 1
(No. 18-cv-367-RSM)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

all opportunities toward settlement while also allowing sufficient time to meet the extended deadlines, some of which may prove to be unnecessary if the goal is achieved.

The existing and proposed new dates are as follows:

| Event | Existing Deadline Per Order Setting Trial | Proposed New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | October 10, 2018 | December 7, 2018 |
| Deadline for filing motions related to discovery | November 9, 2018 | December 21, 2018 |
| Discovery to be completed by | December 11, 2018 | January 18, 2019 |
| All dispositive motions must be filed by | January 8, 2019 | February 7, 2019 |

The parties do not believe that these changes will affect the trial date or related pretrial deadlines in the Court's Order Setting Trial and Related Dates [Dkt. # 12].

DATED this 21st day of September, 2018.

| | |
|---|---|
| ASHBAUGH BEAL | WILSON SMITH COCHRAN DICKERSON |
| By s/ Jesse D. Miller | By s/ Alfred E. Donohue |
|    Jesse D. Miller, WSBA #35837 |    Alfred E. Donohue, WSBA #32774 |
|    jmiller@ashbaughbeal.com |    donohue@wscd.com |
|    Zachary O. McIsaac, WSBA #35833 |    Sally E. Metteer, WSBA #20869 |
|    zmcisaac@ashbaughbeal.com |    metteer@wscd.com |
|    Jocelyn J. Whiteley, WSBA #49780 |    Attorneys for Defendant |
|    jwhiteley@ashbaughbeal.com | |
|    Attorneys for Plaintiff | |

## II. ORDER

IT IS SO ORDERED.

DATED this 25 day of September, 2018.

STIPULATION TO EXTEND DEADLINES - 2
(No. 18-cv-367-RSM)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

[signature]
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
    Jesse D. Miller, WSBA #35837
    jmiller@ashbaughbeal.com
    Zachary O. McIsaac, WSBA #35833
    zmcisaac@ashbaughbeal.com
    Jocelyn J. Whiteley, WSBA #49780
    jwhiteley@ashbaughbeal.com
    Attorneys for Plaintiff

WILSON SMITH COCHRAN DICKERSON

By s/ Alfred E. Donohue
    Alfred E. Donohue, WSBA #32774
    donohue@wscd.com
    Sally E. Metteer, WSBA #20869
    metteer@wscd.com
    Attorneys for Defendant

STIPULATION TO EXTEND DEADLINES - 3
(No. 18-cv-367-RSM)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400