UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEDARWOOD CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | NO. 18-CV-367-RSM<br><br>STIPULATION TO EXTEND DEADLINES INCLUDING TRIAL DATE |

### I. STIPULATION

The parties, through their undersigned counsel of record, hereby request the Court to grant an extension of the trial date and associated remaining deadlines.

The parties are working diligently and cooperatively in an effort to organize discovery in this matter so as to maximize efficiency of time and resources while at the same time adequately preparing this matter for trial. These efforts include but are not limited to scheduling multiple out of state depositions around the holiday season. Granting the parties' stipulated and joint request to the Court for a continuance of the trial date and associated remaining deadlines will allow the parties to continue to work cooperatively to prepare this case for trial in a functional and efficient manner.

STIPULATION TO EXTEND DEADLINES - 1
(No. 18-cv-367-RSM)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

The existing and proposed new dates are as follows:

| Event | Existing Deadline Per Order Setting Trial | Proposed New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | December 7, 2018 | February 15, 2019 |
| Deadline for filing motions related to discovery | December 21, 2018 | March 1, 2019 |
| Discovery to be completed by | January 18, 2019 | March 29, 2019 |
| All dispositive motions must be filed by | February 7, 2019 | April 18, 2019 |
| All Motions in limine must be filed by | March 11, 2019 | May 20, 2019 |
| Agreed pretrial Order due | March 27, 2019 | June 5, 2019 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | April 3, 2019 | June 12, 2019 |
| Trial Date | April 8, 2019 | June 17, 2019 |

DATED this 30th day of November, 2018.

ASHBAUGH BEAL

By s/ Zachary O. McIssac
   Jesse D. Miller, WSBA #35837
   jmiller@ashbaughbeal.com
   Zachary O. McIsaac, WSBA #35833
   zmcisaac@ashbaughbeal.com
   Jocelyn J. Whiteley, WSBA #49780
   jwhiteley@ashbaughbeal.com
   Attorneys for Plaintiff

WILSON SMITH COCHRAN DICKERSON

By s/ Alfred E. Donohue
   Alfred E. Donohue, WSBA #32774
   donohue@wscd.com
   Sally E. Metteer, WSBA #20869
   metteer@wscd.com
   Attorneys for Defendant

STIPULATION TO EXTEND DEADLINES - 2
(No. 18-cv-367-RSM)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

## II. ORDER

IT IS SO ORDERED.

DATED this 4th day of December, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DEADLINES - 3
(No. 18-cv-367-RSM)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400