UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CEDARWOOD CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:18-cv-00367-RSM<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>*(Clerk's Action Required)* |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 10th day of January, 2019.

> By: _s/Alfred E. Donohue_
> Alfred E. Donohue, WSBA No. 32774
> Wilson Smith Cochran Dickerson
> 901 Fifth Avenue, Suite 1700
> Seattle, WA 98164-2050
> Phone: (206) 623-4100 / Fax: (206) 623-9273
> Email: donohue@wscd.com
> Of Attorneys for Defendant

---

STIPULATION FOR AND ORDER OF
DISMISSAL (Cause No. 2:18-cv-00367-RSM) – 1
ams/AED6513.092/3112437x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED this 10th day of January, 2019.

By:   *s/Jesse D. Miller*         
Jesse D. Miller, WSBA No. 35837
Ashbaugh Beal
701 5th Avenue, Suite 4400
Seattle, WA 98104-7031
Phone: (206) 386-5900 / Fax: (206) 344-7400
Email: jmiller@ashbaughbeal.com
Of Attorneys for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL (Cause No. 2:18-cv-00367-RSM) – 2
ams/AED6513.092/3112437x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 15 day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: _s/Alfred E. Donohue_
    Alfred E. Donohue, WSBA No. 32774
    Wilson Smith Cochran Dickerson
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164-2050
    Phone: (206) 623-4100 / Fax: (206) 623-9273
    Email: donohue@wscd.com
    Of Attorneys for Defendant

Approved as to form; notice of presentation waived:

By: _s/Jesse D. Miller_
    Jesse D. Miller, WSBA No. 35837
    Ashbaugh Beal
    701 5th Avenue, Suite 4400
    Seattle, WA 98104-7031
    Phone: 206-386-5900 / Fax: 206-344-740
    Email: jmiller@ashbaughbeal.com
    Of Attorneys for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL (Cause No. 2:18-cv-00367-RSM) – 3
ams/AED6513.092/3112437x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273